# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:13-cr-153-1 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| DORIAN AYACHE, ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Dorian Ayache's Motion to Dismiss (Docket No. 26) is **GRANTED** and Counts 1 through 9 of the Indictment against Ayache are hereby **DISMISSED**.

It is so **ORDERED**

Enter this 14th day of February 2014.
.

_____
ALETA A. TRAUGER
United States District Judge

1