UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

==Motion GRANTED conditioned upon the timely filing of waivers of speedy trial.==

*/s/ Judge Trauger*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00153-1 |
| | ) JUDGE TRAUGER |
| DORIAN AYACHE | ) |

## MOTION TO CONTINUE TRIAL

Defendant Dorian Ayache respectfully moves the Court to continue the trial set for **April 15, 2014**, as well as all associated deadlines.

Section 3161(h)(7)(A) of Title 18 provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence. The factors that a judge shall consider in determining whether to grant a continuance are found at 18 U.S.C. § 3161(h)(7)(B)(iv). One such factor is whether the denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

On September 19, 2013, Defendant Dorian Ayache was arraigned on charges of violating Department of Transportation regulations, conspiracy to defraud the government, and tampering with evidence. Over the last month, Ayache has litigated several motions, and that litigation has given rise to the need to make further investigation before trial. Consequently, in the present case, the interests of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial. The denial of a continuance in the present case would deny the defendant the reasonable time necessary for effective preparation, taking into account