UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:13-00153 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| DORIAN AYACHE and ) | |
| THERESA VINCENT. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Dorian Ayache's Motion to Dismiss Count Ten of the Indictment (Docket No. 34), in which defendant Theresa Vincent joined (Docket No. 47), is hereby **DENIED**.

It is so **ORDERED**.

Enter this 31st day of March 2014.

_____
ALETA A. TRAUGER
United States District Judge

1