UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 5/19/14.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00153-1 |
| | ) | JUDGE TRAUGER |
| | ) | |
| DORIAN AYACHE | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE

Defendant Dorian Ayache respectfully moves the Court to continue his deadline to file pretrial motions, which is today, by one working day, until Monday, May 19, 2014. Undersigned counsel is in the midst of preparing a pretrial motion, but to ensure it is accurate needs to have staff review hundreds of pages of discovery materials. AUSA William Abely has stated that he does not oppose this request.

Respectfully submitted,

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY, BPR # 021885
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Dorian Ayache

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I electronically filed the foregoing *Motion to Continue Motions Filing Deadline* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. William Abely, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY