IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED for extension to 6/16/14.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00153 |
| | ) | JUDGE TRAUGER |
| DORIAN AYACHE | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned attorney, respectfully requests an enlargement of time in which to respond to Defendant's Dorian Ayache's Motion to Suppress, which was filed on May 19, 2014. Specifically, the Government requests an additional two weeks to respond to this motion (until June 16, 2014). The Government makes this request because the undersigned attorney expects to be out of the office for ten of the fourteen days he has to respond to the motion under Local Rule 12.01. Michael Holley, counsel to Defendant Dorian Ayache, has represented that he does not oppose this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee


BY:          s/William F. Abely
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151

1