**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA      )
                                      )
                                      )
v.                                      )        Criminal No. 3:13-00153
                                      )        Judge Trauger
[1] DORIAN AYACHE and       )
[2] THERESA C. VINCENT     )

## O R D E R

It is hereby **ORDERED** that the status conference scheduled for July 21, 2014 at 1:30

p.m. is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED**.

ENTER this 16th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge