IN THE UNITED STATES DISTRICT COURT FOR THE
                        MIDDLE DISTRICT OF TENNESSEE
                              NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                )
                                )
v.                              )        Criminal No. 3:13-00153
                                )        Judge Trauger
[1] DORIAN AYACHE and           )
[2] THERESA C. VINCENT          )

                                   **O R D E R**

       A status conference was held in this case on July 21, 2014. The following are hereby

**ORDERED**:

   1.    Defendant Ayache's request for a bill of particulars is
         **GRANTED**. The government shall furnish the requested bill of
         particulars to defendant Ayache by July 24, 2014.

   2.    The government shall respond to defendant Ayache's Motion to
         Dismiss Count 2 or 3 (Docket No. 116) by July 28, 2014.

   3.    Defendant Ayache shall file a statement with the court by July 28,
         2014, stating his readiness for the trial presently scheduled for
         August 19, 2014.

   4.    Consideration of the Government's Notice of Facts Regarding
         Defendant Dorian Ayache's Financial Situation (Docket No. 114)
         is hereby **DEFERRED** until after the trial of this case. The
         defendant need not respond to the allegations in that filing until
         ordered to do so by the court.

   5.    The deadlines set in the Order Resetting Jury Trial (Docket No. 64) are
         hereby **MODIFIED** as follows:

         a.    Motions in limine shall be filed by August 1, 2014,
               with responses due August 11, 2014.

         b.    By August 13, 2014, the parties shall file an agreed
               set of jury instructions and an agreed verdict form,
               plus alternate versions of instructions and verdict
               forms about which there is no agreement.

      c.      A pretrial conference will be held on August 15, 2014 at 1:00 p.m.

It is so **ORDERED**.

ENTER this 21st day of July 2014.

                                                          ALETA A. TRAUGER
                                                          U.S. District Judge