IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00153 |
| | ) | JUDGE TRAUGER |
| DORIAN AYACHE | ) | |

## GOVERNMENT'S MOTION TO DISMISS COUNT THREE

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned attorneys, hereby seeks leave of Court to dismiss Count Three of the Superseding Indictment charging obstruction of justice pursuant to Title 18, United States Code, Section 1512(c)(1), and only that count.

Respectfully submitted,

DAVID RIVERA
United States Attorney

BY: s/ William F. Abely
William F. Abely
Byron M. Jones
Assistant United States Attorneys
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151