IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00153 |
| | ) | Judge Trauger |
| [1] DORIAN AYACHE | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing as to this defendant on Tuesday, August 19, 2014, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge