UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:13-00153-1 |
| | ) | JUDGE TRAUGER |
| DORIAN AYACHE | ) | |

# DEFENDANT AYACHE'S UNOPPOSED MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE

As discussed at his plea hearing on August 19, 2014, Defendant Dorian Ayache moves the Court to modify his pretrial supervision in one respect, namely, by withdrawing the prohibition against any communications between himself and codefendant Theresa Vincent. The government has stated it does not oppose this request.

Respectfully submitted,

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY, BPR # 021885
DUMAKA SHABAZZ
Assistant Federal Public Defenders
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorneys for Dorian Ayache

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, I electronically filed the foregoing *Unopposed Motion to Modify Condition of Pretrial Supervision* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Abely and Byron Jones, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY