**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00153 |
| | ) | Judge Trauger |
| [1] DORIAN AYACHE | ) | |

## O R D E R

The court is in receipt of a fax from Shawn Cline on August 21, 2014.

It is hereby **ORDERED** that the Clerk shall file this fax as part of the record in this case.

The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of

both the fax and this Order.

It is so **ORDERED.**

ENTER this 21st day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge